# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-09640 JEM | Date | February 11, 2020 |
|---|---|---|---|
| Title | **Productos Agricolas Del Campo L M SA v. Smart Produce Imports, Inc., et al.** | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SMART PRODUCE IMPORTS, INC. (Dkt. Nos. 85, 90 and 92)**

      The Court issues this Order to Defendant Smart Produce Imports, Inc. to Show Cause why default judgment should not be entered against it. The Court will enter a default judgment against Defendant if no appearance or opposition is filed by **February 21, 2020**.

cc: Parties

                                                                                                   :

Initials of Preparer          slo